ELSBETH M. SZAG, Respondent, *v.* PENNSYLVANIA RAILROAD
COMPANY, Appellant.

(Argued February 7, 1910; decided February 15, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 21, 1909, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

The motion was made upon the grounds that the exceptions

presented no question of law for review, and that the appeal had been taken for purpose of delay only.

*Ralph S. Kent* for motion.

*Frank Rumsey* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.